UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 02042
    SHAMIM AKHTAR SYED
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-2495

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    The case was filed on 01/30/2008 and was confirmed 04/21/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 10.00%.

    The case was converted to chapter 7 after confirmation 11/07/2008.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CBCS | UNSECURED | 898.03 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 4826.74 | .00 | 4826.74 |
| PRONGER SMITH MEDICAL CL | UNSECURED | 100.00 | .00 | .00 |
| AMERICAN EXPRESS BANK | UNSECURED | 2415.15 | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 229.73 | .00 | .00 |
| HOUSEHOLD | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| UMLI/UM CAPITAL LLC | UNSECURED | 115202.30 | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE C | UNSECURED | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 576.68 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| SAMIRA SYED | NOTICE ONLY | NOT FILED | .00 | .00 |
| SAMIRA SYED | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHICAGO DEPT OF REVENUE | UNSECURED | 1274.00 | .00 | .00 |
| CITY OF CHICAGO PARKING | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | NOTICE ONLY | NOT FILED | .00 | .00 |
| COOK COUNTY TREASURER | SECURED NOT I | NOT FILED | .00 | .00 |
| MELVIN J KAPLAN | DEBTOR ATTY | 3,500.00 | | 3,500.00 |
| TOM VAUGHN | TRUSTEE | | | 704.91 |
| DEBTOR REFUND | REFUND | | | 1,100.30 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 10,131.95 | |
| PRIORITY | | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 02042 SHAMIM AKHTAR SYED

| | | |
|---|---|---|
| SECURED | | 4,826.74 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 3,500.00 |
| TRUSTEE COMPENSATION | | 704.91 |
| DEBTOR REFUND | | 1,100.30 |
| | --------------- | --------------- |
| TOTALS | 10,131.95 | 10,131.95 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/24/09                    /s/ Tom Vaughn
                         _____
                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE




                    PAGE   2
        CASE NO. 08 B 02042 SHAMIM AKHTAR SYED